AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| Kimberli A. Teff ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 11-5241 |
| Washington Regional Medical Center ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: judgment is entered in favor of the defendant, Washington Regional Medical Center, against the plaintiff, Kimberli A. Teff.

This action was *(check one)*:

☑ tried by a jury with Judge Jimm Larry Hendren presiding, and the jury has rendered a verdict.

☐ tried by Judge Jimm Larry Hendren without a jury and the above decision was reached.

☐ decided by Judge Jimm Larry Hendren on a motion for _____

Date:  03/07/2013

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*